UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-66841-WLH |
| | § | |
| TJ'S JANITORIAL SERVICE, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Tamara Miles Ogier, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $250.00 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,824.72 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $6,933.95 | | |

3) Total gross receipts of $8,758.67 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $8,758.67 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $10,099.46 | $7,475.92 | $6,933.95 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $14,573.08 | $7,073.08 | $1,824.72 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $15,876.30 | $15,876.30 | $0.00 |
| **Total Disbursements** | $0.00 | $40,548.84 | $30,425.30 | $8,758.67 |

   4). This case was originally filed under chapter 7 on 08/28/2014. The case was pending for 30 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 03/21/2017           By:   /s/ Tamara Miles Ogier
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Chase Business Checking Acount - accountoverdrawn | 1121-000 | $8,758.67 |
| **TOTAL GROSS RECEIPTS** | | $8,758.67 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Tamara Miles Ogier, Trustee | 2100-000 | NA | $1,625.87 | $1,625.87 | $1,083.90 |
| International Sureties, Ltd. | 2300-000 | NA | $11.37 | $11.37 | $11.37 |
| Green Bank | 2600-000 | NA | $242.22 | $242.22 | $242.22 |
| Ogier, Rothschild & Rosenfeld, P.C., Attorney for Trustee | 3110-000 | NA | $4,732.50 | $3,154.97 | $3,154.97 |
| Ogier, Rothschild & Rosenfeld, P.C., Attorney for Trustee | 3120-000 | NA | $0.00 | $116.51 | $116.51 |
| Stonebridge Accounting & Forensics, Accountant for Trustee | 3410-000 | NA | $3,487.50 | $2,324.98 | $2,324.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,099.46 | $7,475.92 | $6,933.95 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Terry Jefferson | 5300-000 | $0.00 | $7,500.00 | $0.00 | $0.00 |
| 5 | Terry Jefferson | 5300-000 | $0.00 | $4,000.00 | $4,000.00 | $713.86 |

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Albert Willis | 5300-000 | $0.00 | $350.00 | $350.00 | $62.46 |
| 7 | Barbara Moore | 5300-000 | $0.00 | $575.00 | $575.00 | $102.61 |
| 8 | SHELIA DUREN | 5300-000 | $0.00 | $1,000.00 | $1,000.00 | $178.46 |
| 9 | LEVERT ALLEN | 5300-000 | $0.00 | $450.00 | $450.00 | $80.30 |
| | INTERNAL REVENUE SERVICE Federal Withholding (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $456.19 |
| | INTERNAL REVENUE SERVICE Medicare (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $26.46 |
| | INTERNAL REVENUE SERVICE Social Security (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $113.14 |
| | STATE OF GEORGIA State Withholding (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $91.24 |
| | INTERNAL REVENUE SERVICE Federal Unemployment (Employer) | 5800-000 | $0.00 | $38.25 | $38.25 | $0.00 |
| | INTERNAL REVENUE SERVICE Medicare (Employer) | 5800-000 | $0.00 | $92.45 | $92.45 | $0.00 |
| | INTERNAL REVENUE SERVICE Social Security (Employer) | 5800-000 | $0.00 | $395.25 | $395.25 | $0.00 |
| | STATE OF GEORGIA State Unemployment (Employer) | 5800-000 | $0.00 | $172.13 | $172.13 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $14,573.08 | $7,073.08 | $1,824.72 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Office Depot | 7100-000 | $0.00 | $1,340.72 | $1,340.72 | $0.00 |
| 2 | Cherokee | 7100-000 | $0.00 | $3,720.79 | $3,720.79 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | Janitorial Supply |   |   |   |   |   |
| 3 | General Building Maintenance, | 7100-000 | $0.00 | $8,639.44 | $8,639.44 | $0.00 |
| 10 | Sprint Corp. | 7200-000 | $0.00 | $2,175.35 | $2,175.35 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |   |   | $0.00 | $15,876.30 | $15,876.30 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1        Exhibit 8

| Case No.: | 14-66841-WLH | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | TJ'S JANITORIAL SERVICE, INC. | Date Filed (f) or Converted (c): | 08/28/2014 (f) |
| For the Period Ending: | 3/21/2017 | §341(a) Meeting Date: | 10/01/2014 |
| | | Claims Bar Date: | 03/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   Chase Business Checking Acount - account overdrawn | $0.00 | $0.00 | | $8,758.67 | FA |
| 2   Mops, brooms, buckets, towels and cleaning supplies | $250.00 | $250.00 | | $0.00 | FA |
| 3   Garnished funds | $0.00 | $8,700.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                 **Gross Value of Remaining Assets**
                                                    $250.00              $8,950.00                             $8,758.67                             $0.00

**Major Activities affecting case closing:**
 01/23/2017    TDR

| Initial Projected Date Of Final Report (TFR): | 12/30/2015 | Current Projected Date Of Final Report (TFR): | /s/ TAMARA MILES OGIER |
|---|---|---|---|
| | | | TAMARA MILES OGIER |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-66841-WLH | | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|---|
| Case Name: | TJ'S JANITORIAL SERVICE, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7095 | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/28/2014 | | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 3/21/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/10/2014 | (1) | Chase Bank | turnover of bank account | 1121-000 | $8,758.67 | | $8,758.67 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.03 | $8,748.64 |
| 01/05/2015 | 1001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $11.23 | $8,737.41 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.56 | $8,722.85 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $12.71 | $8,710.14 |
| 03/04/2015 | | Ogier, Rothschild & Rosenfeld, PC | bond premium adjustment | 2300-002 | | ($4.75) | $8,714.89 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.60 | $8,701.29 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.58 | $8,687.71 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.01 | $8,673.70 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.54 | $8,660.16 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.87 | $8,645.29 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.05 | $8,632.24 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.48 | $8,618.76 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.35 | $8,604.41 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $12.98 | $8,591.43 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.86 | $8,577.57 |
| 01/12/2016 | 1002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $4.89 | $8,572.68 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.83 | $8,558.85 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $12.92 | $8,545.93 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.79 | $8,532.14 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.76 | $8,518.38 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $13.30 | $8,505.08 |
| 08/08/2016 | | IRS | Distribution Dividend: 28.62; Claim #: ; Amount Claimed: 2,081.45; Amount Allowed: 2,081.45; | 5300-000 | | $595.79 | $7,909.29 |
| 08/08/2016 | 1003 | Stonebridge Accounting & Forensics | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 3,487.50; Amount Allowed: 2,324.98; | 3410-000 | | $2,324.98 | $5,584.31 |
| 08/08/2016 | 1004 | Ogier, Rothschild & Rosenfeld, P.C. | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 0.00; Amount Allowed: 116.51; | 3120-000 | | $116.51 | $5,467.80 |
| | | | SUBTOTALS | | $8,758.67 | $3,290.87 | |

**FORM 2** Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-66841-WLH | | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|---|
| Case Name: | TJ'S JANITORIAL SERVICE, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7095 | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/28/2014 | | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 3/21/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/08/2016 | 1005 | Ogier, Rothschild & Rosenfeld, P.C. | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 4,732.50; Amount Allowed: 3,154.97; | 3110-000 | | $3,154.97 | $2,312.83 |
| 08/08/2016 | 1006 | Tamara Miles Ogier | Trustee Compensation | 2100-000 | | $1,083.90 | $1,228.93 |
| 08/08/2016 | 1007 | State of Georgia | Distribution Dividend: 28.62; Claim #: ; Amount Claimed: 318.75; Amount Allowed: 318.75; | 5300-000 | | $91.24 | $1,137.69 |
| 08/08/2016 | 1008 | Terry Jefferson | Distribution Dividend: 28.62; Claim #: 5; Amount Claimed: 4,000.00; Amount Allowed: 4,000.00; | 5300-000 | | $713.86 | $423.83 |
| 08/08/2016 | 1009 | Albert Willis | Distribution Dividend: 28.62; Claim #: 6; Amount Claimed: 350.00; Amount Allowed: 350.00; | 5300-000 | | $62.46 | $361.37 |
| 08/08/2016 | 1010 | Barbara Moore | Distribution Dividend: 28.62; Claim #: 7; Amount Claimed: 575.00; Amount Allowed: 575.00; | 5300-000 | | $102.61 | $258.76 |
| 08/08/2016 | 1011 | SHELIA DUREN | Distribution Dividend: 28.62; Claim #: 8; Amount Claimed: 1,000.00; Amount Allowed: 1,000.00; | 5300-000 | | $178.46 | $80.30 |
| 08/08/2016 | 1012 | LEVERT ALLEN | Distribution Dividend: 28.62; Claim #: 9; Amount Claimed: 450.00; Amount Allowed: 450.00; | 5300-000 | | $80.30 | $0.00 |
| 12/12/2016 | 1010 | STOP PAYMENT: Barbara Moore | Distribution Dividend: 28.62; Claim #: 7; Amount Claimed: 575.00; Amount Allowed: 575.00; | 5300-004 | | ($102.61) | $102.61 |
| 12/12/2016 | 1013 | Barbara Moore | Distribution Dividend: 28.62; Claim #: 7; Amount Claimed: 575.00; Amount Allowed: 575.00; | 5300-000 | | $102.61 | $0.00 |

| | | | SUBTOTALS | | $0.00 | $5,467.80 |

**FORM 2**

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-66841-WLH | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|
| Case Name: | TJ'S JANITORIAL SERVICE, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7095 | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/28/2014 | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 3/21/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $8,758.67 | $8,758.67 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $8,758.67 | $8,758.67 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $8,758.67 | $8,758.67 | |

| For the period of 8/28/2014 to 3/21/2017 | | For the entire history of the account between 12/05/2014 to 3/21/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,758.67 | Total Compensable Receipts: | $8,758.67 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,758.67 | Total Comp/Non Comp Receipts: | $8,758.67 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,758.67 | Total Compensable Disbursements: | $8,758.67 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,758.67 | Total Comp/Non Comp Disbursements: | $8,758.67 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
Page No: 4    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 14-66841-WLH | | Trustee Name: | Tamara Miles Ogier |
|---|---|---|---|---|
| Case Name: | TJ'S JANITORIAL SERVICE, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7095 | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/28/2014 | | Blanket bond (per case limit): | $42,250,000.00 |
| For Period Ending: | 3/21/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,758.67 | $8,758.67 | $0.00 |

| For the period of 8/28/2014 to 3/21/2017 | | For the entire history of the case between 08/28/2014 to 3/21/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,758.67 | Total Compensable Receipts: | $8,758.67 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,758.67 | Total Comp/Non Comp Receipts: | $8,758.67 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,758.67 | Total Compensable Disbursements: | $8,758.67 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,758.67 | Total Comp/Non Comp Disbursements: | $8,758.67 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ TAMARA MILES OGIER

TAMARA MILES OGIER